# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JULIA CARTEGENA f/k/a JULIA HARMON, ARIELLE HARTFORD, CHRISTINA HARRIS, NATHAN FOX and CLYDE JENKINS, on behalf of themselves and other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BEST PRACTICE MEDICINE, LLC, a Montana Limited Liability Company<br><br>Defendant. | CV-2:23-29-BU-BMM<br><br>Judge:  Hon. Brian M. Morris<br><br>**ORDER GRANTING PLAINTFF's UNOPPOSED MOTION TO CERTIFY COLLECTIVE ACTION** |

    Before the Court is Plaintiffs' unopposed motion asking the Court to certify Plaintiffs' Fair Labor Standards Act ("FLSA") claims under 29 U.S.C. § 216 for purpose of directing notice to putative collective action members.

    The Court finds Plaintiffs have met the "modest factual showing" that they and similarly situated BPM employees were subject to a common policy or plan that allegedly did not comply with the FLSA.  *Mitchell v. Acosta Sales, LLC,* 841 F. Supp. 2d 1105, 1116 (C.D. Cal. 2011).  Support for this conclusion is found in the facts admitted in BPM's Answer to Plaintiffs' Amended Complaint (Doc. 12).

    Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion is GRANTED.

IT IS FURTHER ORDERED that written notices shall be directed to FLSA collective action members as outlined in Plaintiffs' Unopposed Motion and the Court's Order Granting Joint Motion for Stay and to Vacate Deadlines (Doc. 16).

Dated this 23rd day of August, 2023.

_____
Brian Morris, Chief District Judge
United States District Court