UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JULIA CARTEGENA f/k/a JULIA HARMON, ARIELLE HARTFORD, CHRISTINA HARRIS, NATHAN FOX and CLYDE JENKINS, on behalf of themselves and other employees and former employees similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BEST PRACTICE MEDICINE, LLC, a Montana Limited Liability Company <br><br> Defendant. | CV-2:23-29-BU-BMM <br><br> Judge: Hon. Brian M. Morris <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR FLSA SETTLEMENT APPROVAL** |

This cause came before the Court upon the Unopposed Motion for FLSA Settlement Approval. Upon consideration and review, the Court finds that the Settlement Agreement and its terms are a fair and reasonable compromise of disputed claims. Accordingly, it hereby is:

**ORDERED** and **ADJUDGED** that said Unopposed Motion for FLSA Settlement Approval is hereby **GRANTED.** The Court will retain jurisdiction through the date it is informed that payment has been made pursuant to the settlement agreement.

DATED this 23rd day of December, 2024.

_____
Brian Morris
United States District Court Judge